Robert S. Weisbein (RW 0080)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone: 212.682.7474
Facsimile: 212.687.2329
Email: rweisbein@foley.com
*Attorney for Plaintiff Instead Sciences, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

INSTEAD SCIENCES, INC., a California Corporation,

        Plaintiff,

- against -

ReProtect, Inc., a Maryland corporation, Ultrafem Inc., a Delaware corporation, Dr. Richard Cone, Dr. Kevin Whaley and Dr. Thomas Moench,

        Defendants.

-----------------------------------------------------------x

*JUDGE COTE*

'08 CIV 5236

Civil Action No.:

**RULE 7.1 STATEMENT**

Instead Sciences, Inc. certifies that it is a non-governmental corporation organized and existing under the laws of the State of California, with its principal place of business in La Jolla, California. Instead Sciences, Inc. submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, for the use of the judges of this Court:

1. Instead Sciences, Inc. is not a publicly-held corporation or other publicly-held entity.

2. Instead Sciences, Inc. does not have any parent corporation.

3. Instead Sciences, Inc. has issued no stock that is held by a public corporation.

NYC_263549.1

- 2 -

Dated: June 6, 2008
      New York, New York

Respectfully submitted,

By: _____
Robert S. Weisbein (RW 0080)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone: 212.682.7474
Facsimile: 212.687.2329
Email: rweisbein@foley.com

*Attorney for Plaintiff Instead Sciences, Inc.*