UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Instead Sciences, Inc.,                                          )
                                                                 )
        Plaintiff,                                       )
                                                                 )         Civil Action No.
        v.                                               )         08 CV 5236 (DC)
                                                                 )
ReProtect, Inc., Ultrafem Inc., Dr. Richard Cone,                )
Dr. Kevin Whaley and Dr. Thomas Moench,                          )
                                                                 )
        Defendants.                                      )
------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters their appearance in this action as counsel for Defendants, ReProtect, Inc., Dr. Richard Cone, and Dr. Thomas Moench and requests that all parties serve on us copies of all papers filed in or affecting this action. This Appearance is entered without waiver of any rights or defenses.

        Respectfully submitted,

Dated: June 19, 2008        By: _____s/Eric J. Lobenfeld_____
        Eric J. Lobenfeld
        Hogan & Hartson LLP
        875 Third Avenue
        New York, NY 10022
        Tel: (212) 918-3000
        Fax: (212) 918-3100
        ejlobenfeld@hhlaw.com

        *Attorneys for Defendants*
        *ReProtect, Inc., Dr. Richard Cone,*
        *and Dr. Thomas Moench*

2

To:         Robert S. Weisbein (0080)
            **FOLEY & LARDNER LLP**
            90 Park Avenue
            New York, NY 10016-1314
            Phone: (212) 682-7474
            Fax (212) 687-2329

            Victor A. Vilaplana, Esq.
            **FOLEY & LARDNER LLP**
            402 West Broadway
            Suite 2100
            San Diego, CA 92101-3542
            Phone: (619) 234-6655
            Fax: (619) 234-3510

*Attorneys for Plaintiff Instead Sciences, Inc.*

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that on the 19th day of June 2008, I caused a true and correct copy of the foregoing to be served upon the following via the Court's ECF Notification System and by E-mail:

> Robert S. Weisbein (0080)
> **FOLEY & LARDNER LLP**
> 90 Park Avenue
> New York, NY 10016-1314
> Phone: (212) 682-7474
> Fax (212) 687-2329
> rweisbein@foley.com
>
> *Of Counsel*:
>
> Victor A. Vilaplana, Esq.
> **FOLEY & LARDNER LLP**
> 402 West Broadway
> Suite 2100
> San Diego, CA 92101-3542
> Phone: (619) 234-6655
> Fax: (619) 234-3510
> VVilaplana@foley.com
>
> *Attorneys for Plaintiff Instead Sciences, Inc.*

  _____*s/Dillon Kim*_____
                Dillon Kim