UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Instead Sciences, Inc.,                                )
                                                       )
        Plaintiff,                             )
                                                       )   Civil Action No.
        v.                                     )   08 CV 5236 (DC)
                                                       )
ReProtect, Inc., Ultrafem Inc., Dr. Richard Cone,      )
Dr. Kevin Whaley and Dr. Thomas Moench,                )
                                                       )
        Defendants.                            )
------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters their appearance in this action as counsel for Defendants, ReProtect, Inc., Dr. Richard Cone, and Dr. Thomas Moench and requests that all parties serve on us copies of all papers filed in or affecting this action. This Appearance is entered without waiver of any rights or defenses.

                                      Respectfully submitted,

Dated: June 19, 2008                By:_____*s/Dillon Kim*_____
                                          Dillon Kim
                                          Hogan & Hartson LLP
                                          875 Third Avenue
                                          New York, NY 10022
                                          Tel: (212) 918-3000
                                          Fax: (212) 918-3100
                                          dkim@hhlaw.com

                                          *Attorneys for Defendants*
                                          *ReProtect, Inc., Dr. Richard Cone,*
                                          *and Dr. Thomas Moench*

To:	Robert S. Weisbein (0080)
	**FOLEY & LARDNER LLP**
	90 Park Avenue
	New York, NY 10016-1314
	Phone: (212) 682-7474
	Fax (212) 687-2329

	Victor A. Vilaplana, Esq.
	**FOLEY & LARDNER LLP**
	402 West Broadway
	Suite 2100
	San Diego, CA 92101-3542
	Phone: (619) 234-6655
	Fax: (619) 234-3510

*Attorneys for Plaintiff Instead Sciences, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that on the 19th day of June 2008, I caused a true and correct copy of the foregoing to be served upon the following via the Court's ECF Notification System and by E-mail:

>Robert S. Weisbein (0080)
>**FOLEY & LARDNER LLP**
>90 Park Avenue
>New York, NY 10016-1314
>Phone: (212) 682-7474
>Fax (212) 687-2329
>rweisbein@foley.com
>
>*Of Counsel*:
>
>Victor A. Vilaplana, Esq.
>**FOLEY & LARDNER LLP**
>402 West Broadway
>Suite 2100
>San Diego, CA 92101-3542
>Phone: (619) 234-6655
>Fax: (619) 234-3510
>VVilaplana@foley.com
>
>*Attorneys for Plaintiff Instead Sciences, Inc.*

_____s/Dillon Kim_____
                Dillon Kim