UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Instead Sciences, Inc. <br><br> **Plaintiff** <br><br> v. <br><br> ReProtect, Inc., et al. <br><br> **Defendant** | Case No.: 08 CV 5236 (DC) |

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Melvin M. Shapiro, having been duly authorized to make service of the Summons, Rule 7.1 Statement and Complaint with Exhibits on Dr. Richard Cone in the above entitled case, hereby depose and say:

That I am over the age of eighteen and not a party to or otherwise interested in this suit.

That I am a private process server and my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on June 12, 2008 at 2:10 PM, I served the within Summons, Rule 7.1 Statement and Complaint with Exhibits on Dr. Richard Cone at John Hopkins University, The Thomas Jenkins Department of Biophysics, 3400 N. Charles Street, Baltimore, Maryland 21218 by serving Dr. Richard Cone, personally. Described herein:

Gender: Male   Race/Skin: White   Hair: Gray   Age: 48   Height: 5'9"   Weight: 175

Executed on: 6/13/08

Melvin M. Shapiro
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050