UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Instead Sciences, Inc. <br><br> **Plaintiff** <br><br> v. <br><br> ReProtect, Inc., et al. <br><br> **Defendant** | ) ) ) ) ) ) Case No.: 08 CV 5236 (DC) ) ) ) ) ) ) ) |

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Vincent A. Piazza, having been duly authorized to make service of the Summons, Rule 7.1 Statement and Complaint with Exhibits on Dr. Thomas Moench in the above entitled case, hereby depose and say:

That I am over the age of eighteen and not a party to or otherwise interested in this suit.

That I am a private process server and my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on June 10, 2008 at 3:45 PM, I served the within Summons, Rule 7.1 Statement and Complaint with Exhibits on Dr. Thomas Moench at 3400 N. Charles Street, Jenkins Hall, #316, Baltimore, Maryland 21218 by serving Dr. Thomas Moench, personally. Described herein:

Gender: Male    Race/Skin: White    Hair: Grey    Age: 57    Height: 5'8"    Weight: 175

6/23/08
Executed on:

Vincent A. Piazza
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-003367

Client Reference: N/A

CAPITOL PROCESS SERVICES, INC. • 1827 18th Street, NW, Washington, DC 20009-5526 • (202) 667-0050