UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Instead Sciences, Inc. | ) |
| | ) |
| **Plaintiff** | ) Case No.: 08 CV 5236 (DC) |
| v. | ) |
| ReProtect, Inc., et al. | ) |
| **Defendant** | ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Vincent A. Piazza, having been duly authorized to make service of the Summons, Rule 7.1 Statement and Complaint with Exhibits on ReProtect, Inc. in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on June 10, 2008 at 3:45 PM, I served the within Summons, Rule 7.1 Statement and Complaint with Exhibits on ReProtect, Inc. at 3400 N. Charles Street, Jenkins Hall, #316, Baltimore, Maryland 21218 by serving Dr. Thomas Moench, Registered Agent, authorized to accept. Described herein:

Gender: Male    Race/Skin: White    Hair: Grey    Age: 57    Height: 5'8"    Weight: 175

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: 6/23/08

Vincent A. Piazza
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050