*Cose 5.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

Instead Sciences, Inc.,

        Plaintiff,

        v.

ReProtect, Inc., Ultrafem Inc., Dr. Richard Cone,
Dr. Kevin Whaley and Dr. Thomas Moench,

        Defendants.

--------------------------------------------------------X

Civil Action No.
08 CV 5236 (DLC)

## STIPULATION AND ORDER EXTENDING TIME FOR
## DEFENDANTS TO RESPOND TO COMPLAINT

It is hereby stipulated and agreed, by and among Plaintiff, Instead Sciences, Inc., and

Defendants ReProtect, Inc., Dr. Richard Cone, and Dr. Thomas Moench (collectively, the

"Stipulating Defendants") that:

1)      The Stipulating Defendants have accepted service of the Summons and Complaint in this

action and the original deadline to answer, move, or otherwise respond to the Complaint is June

30, 2008; and

2)      The time for all Stipulating Defendants to answer, move, or otherwise respond to the

Complaint is extended to and including July 31, 2008.  No party has previously requested any

adjournments or extensions of time.

So ordered.

*[signature]*

June 23, 2008

Robert S. Weisbein (0080)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016-1314
Phone: (212) 682-7474
Fax (212) 687-2329

*Of Counsel:*

Victor A. Vilaplana, Esq.
FOLEY & LARDNER LLP
402 West Broadway
Suite 2100
San Diego, CA 92101-3542
Phone: (619) 234-6655
Fax: (619) 234-3510

*Attorneys for Plaintiff Instead Sciences, Inc.*

Eric J. Lobenfeld (EL-4560)
Dillon Kim (DK-4121)
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
Phone: (212) 918-3000
Fax: (212) 918-3100

*Attorneys for Defendants*
*ReProtect, Inc., Dr. Richard Cone,*
*and Dr. Thomas Moench*

**SO ORDERED**, this ___ day of _____, 2008.

_____
Honorable Denise Cote
United States District Court Judge

2