Robert S. Weisbein (RW 0080)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016-1314
Phone: 212-338-3400
Facsimile: 212-687-2329
Email: rweisbein@foley.com
*Attorneys for Plaintiff*
*Instead Sciences, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

INSTEAD SCIENCES, INC., a California Corporation,

    Plaintiff,

v.

ReProtect, Inc., a Maryland corporation, Ultrafem Inc., a Delaware corporation, Dr. Richard Cone And Dr. Thomas Moench,

    Defendants.
------------------------------------X

Civil Action No.: 08 CV 5236 (DC)

**MOTION TO ADMIT**
***PRO HAC VICE***

[Stamp: RECEIVED JUL 22 2008 JUDGE CHIN'S CHAMBERS]

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert S. Weisbein, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Katherine P. Soby |
| Firm Name: | Foley & Lardner LLP |
| Address: | 402 West Broadway |
| | Suite 2100 |
| City/State/Zip: | San Diego, CA 92101-3542 |
| Phone Number: | (619) 234-6655 |
| Fax Number: | (619) 234-3510 |

Granted.
[signature]
July 25, 2008

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/25/08]

NYC_273266.1