Robert S. Weisbein (RW 0080)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016-1314
Phone: 212-338-3400
Facsimile: 212-687-2329
Email: rweisbein@foley.com
*Attorneys for Plaintiff*
*Instead Sciences, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

INSTEAD SCIENCES, INC., a California
Corporation,

        Plaintiff,

  v.

ReProtect, Inc., a Maryland corporation, Ultrafem
Inc., a Delaware corporation, Dr. Richard Cone
And Dr. Thomas Moench,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No.: 08 CV 5236 (DC)

**MOTION TO ADMIT**
***PRO HAC VICE***





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert S. Weisbein, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Applicant's Name:  Victor A. Vilaplana
    Firm Name:  Foley & Lardner LLP
    Address:  402 West Broadway
                  Suite 2100
    City/State/Zip:  San Diego, CA 92101-3542
    Phone Number:  (619) 234-6655
    Fax Number:  (619) 234-3510

NYC_271600.1