Eric J. Lobenfeld (EL-4560)
Dillon Kim (DK-4121)
**HOGAN & HARTSON LLP**
875 Third Avenue
New York, NY 10022
Phone: (212) 918-3000
Fax: (212) 918-3100

*Attorneys for Defendants
ReProtect, Inc., Dr. Richard Cone,
and Dr. Thomas Moench*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Instead Sciences, Inc.,        )
                               )
    Plaintiff,             )
                               )
    v.                     )  Civil Action No.
                               )  08 CV 5236 (DLC)
ReProtect, Inc., Ultrafem Inc., Dr. Richard Cone, )
and Dr. Thomas Moench,         )
                               )
    Defendants.            )
------------------------------------------------------------X

## STATEMENT OF DEFENDANT REPROTECT, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for ReProtect, Inc. certifies that ReProtect, Inc. does not have any corporate parents, subsidiaries, or affiliates that are publicly held.

Dated: July 31, 2008

                                            Respectfully submitted,

                                            **HOGAN & HARTSON LLP**

                                            By: _____/s/_____
                                                Eric J. Lobenfeld (EL-4560)
                                                Dillon Kim (DK-4121)
                                                HOGAN & HARTSON LLP
                                                875 Third Avenue
                                                New York, NY 10022
                                                Tel: (212) 918-3000
                                                *Attorneys for Defendants ReProtect,
                                                Inc., Dr. Richard Cone, and Dr. Thomas
                                                Moench*