Eric J. Lobenfeld (EL-4560)
Dillon Kim (DK-4121)
**HOGAN & HARTSON LLP**
875 Third Avenue
New York, NY 10022
Phone: (212) 918-3000
Fax: (212) 918-3100

*Attorneys for Defendants
ReProtect, Inc., Dr. Richard Cone,
and Dr. Thomas Moench*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
Instead Sciences, Inc.,                                            )
                                                                   )
        Plaintiff,                                          )
                                                                   )  Civil Action No.
        v.                                                  )  08 CV 5236 (DLC)
                                                                   )
ReProtect, Inc., Ultrafem Inc., Dr. Richard Cone,                  )
and Dr. Thomas Moench,                                             )
                                                                   )
        Defendants.                                         )
------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the annexed declarations of Thomas Moench, sworn to the 30th day of July, 2008, and the exhibits attached thereto, and upon all prior papers and proceedings heretofore, the undersigned will move this Court, before the Honorable Denise L. Cote, United States District Judge, United States District Court, Southern District of New York, at the United States Courthouse, Courtroom 12A, 500 Pearl Street, New York, New York 10007, at a date and time as shall be set by the Court, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the complaint of plaintiff Instead Sciences, Inc. ("Instead") in its entirety with prejudice as against defendants ReProtect, Inc., Dr. Richard Cone, and Dr. Thomas Moench (collectively, "ReProtect Defendants"), and granting such other and further relief as this Court may deem appropriate. Oral argument, if any, will be on a date and at a time to be designated by the Court.

**PLEASE TAKE FURTHER NOTICE** that, opposition papers, if any, shall be served by Plaintiff within ten business days after service of the motion papers in accordance with Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

Dated: July 31, 2008
     New York, NY

          Respectfully submitted,

          **HOGAN & HARTSON LLP**

          By: _____/s/_____
          Eric J. Lobenfeld (EL-4560)
          Dillon Kim (DK-4121)
          **HOGAN & HARTSON LLP**
          875 Third Avenue
          New York, NY 10022
          Phone: (212) 918-3000
          Fax: (212) 918-3100

          *Attorneys for Defendants*
          *ReProtect, Inc., Dr. Richard Cone,*
          *and Dr. Thomas Moench*

TO:    Robert S. Weisbein (0080)
       **FOLEY & LARDNER LLP**
       90 Park Avenue
       New York, NY 10016-1314
       Phone: (212) 682-7474
       Fax (212) 687-2329
       rweisbein@foley.com

       Victor A. Vilaplana, Esq.
       **FOLEY & LARDNER LLP**
       402 West Broadway - Suite 2100
       San Diego, CA 92101-3542
       Phone: (619) 234-6655
       Fax: (619) 234-3510
       VVilaplana@foley.com

       *Attorneys for Plaintiff Instead Sciences, Inc.*