UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Instead Sciences, Inc.,                                          )
                                                                 )
                     Plaintiff,                                  )
                                                                 )   Civil Action No.
                     v.                                          )   08 CV 5236 (DLC)
                                                                 )
ReProtect, Inc., Ultrafem Inc., Dr. Richard Cone,                )
and Dr. Thomas Moench,                                           )
                                                                 )
                     Defendants.                                 )
------------------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

      I, Dillon Kim, hereby certify that on July 31, 2008, I caused a true and correct copy of the Notice of Motion, The ReProtect Defendants' Memorandum of Law in Support of their Motion to Dismiss the Complaint, Declaration of Thomas Moench in Support of the ReProtect Defendants' Motion to Dismiss the Complaint and the exhibits annexed thereto, and the Statement of Defendant ReProtect, Inc. Pursuant to Federal Rule of Civil Procedure 7.1 to be served through the Court's electronic notification system and by Federal Express overnight delivery upon:

        Robert S. Weisbein (0080)
        **FOLEY & LARDNER LLP**
        90 Park Avenue
        New York, NY 10016-1314
        Phone: (212) 682-7474
        Fax (212) 687-2329
        rweisbein@foley.com

        Victor A. Vilaplana, Esq.
        **FOLEY & LARDNER LLP**
        402 West Broadway - Suite 2100
        San Diego, CA 92101-3542
        Phone: (619) 234-6655
        Fax: (619) 234-3510
        VVilaplana@foley.com

        *Attorneys for Plaintiff Instead Sciences, Inc.*

Dated: July 31, 2008                                    *s/ Dillon Kim*
                                                               DILLON KIM (DK 4121)