UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Instead Sciences, Inc.,               :
                                       :
       Plaintiff,         :
                                       :
v.                                     :    Civil Action No.
                                       :    08 CV 5236 (DC)
ReProtect, Inc., Ultrafem Inc., Dr. Richard Cone,  :
Dr. Kevin Whaley and Dr. Thomas Moench, :
                                       :
       Defendants.        :
------------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08
```

**STIPULATION AND ORDER EXTENDING TIME FOR BRIEFING
DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

It is hereby stipulated and agreed, by and among Plaintiff, Instead Sciences, Inc., and Defendants ReProtect, Inc., Dr. Richard Cone and Dr. Thomas Moench (collectively, the "Stipulating Defendants") that:

1.    Plaintiff shall have up to and including August 28, 2008 to file its papers in opposition to the Stipulating Defendants' 12(b)(6) Motion to Dismiss the Complaint; and

2.    The Stipulating Defendants shall have up to and including September 15, 2008 to file any reply papers thereto.

So ordered.

*[signature]*
August 6, 2008

NYC_279830.1

_[signature]_

Robert S. Weisbein (0080)
**Foley & Lardner LLP**
90 Park Avenue
New York, NY 10016-1314
Phone: (212) 682-7474
Fax: (212) 687-2329

*Of Counsel*

Victor A. Vilaplana. Esq.
**Foley & Lardner LLP**
402 West Broadway
Suite 2100
San Diego, C 92101-3452
Phone: (619) 234-6655
Fax: (619-234-3510

*Attorneys for Plaintiff*
Instead Sciences, Inc.

_[signature]_

Eric J. Lobenfeld (EL-4560)
Dillon Kim (DK-4121)
**HOGAN & HARTSON LLP**
875 Third Avenue
New York, NY 10022
Phone: (212) 918-3000
Fax: (212) 918-3100

*Attorneys for Defendants*
ReProtect, Inc., Dr. Richard Cone,
and Dr. Thomas Moench

**SO ORDERED**, this _____ day of _____, 2008.

_____
Honorable Denise L. Cote
United States District Judge

2

NYC_279830.1