UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
INSTEAD SCIENCES, INC., a California     :
corporation,                             :        08 CIV. 5236 (DLC)
                      Plaintiff,         :
                                         :              PRETRIAL
        -v-                              :        SCHEDULING ORDER
                                         :
REPROTECT, INC., a Maryland              :
corporation, ULTRAFEM INC., a Delaware   :
corporation, DR. RICHARD CONE, and DR.   :        USDC SDNY
THOMAS MOENCH,                           :        DOCUMENT
                                         :        ELECTRONICALLY FILED
                      Defendants.        :        DOC #: _____
-------------------------------------------X     DATE FILED: 8|11|08

DENISE COTE, District Judge:

        As set forth at the pretrial conference held pursuant to
Rule 16, Fed.R.Civ.P., on August 8, 2008, it is hereby

        ORDERED that defendants' July 31, 2008 motion to dismiss is
denied without prejudice.  The Clerk's Office shall terminate the
motion (document #14).

        IT IS FURTHER ORDERED that plaintiff shall amend its
complaint by **August 22, 2008.**

        IT IS FURTHER ORDERED that the following motion will be
served by the dates indicated below.

        Any motion to dismiss

                -       Motion served by **September 19, 2008**
                -       Opposition served by **October 10, 2008**
                -       Reply served by **October 17, 2008**

        At the time any Reply is served the moving party shall
supply two courtesy copies of all motion papers to Chambers
by delivering them to the Courthouse Mailroom, 8th Floor,
United States Courthouse, 500 Pearl Street, New York, New
York.

Dated:    New York, New York
          August 11, 2008

                                    _____
                                            DENISE COTE
                                    United States District Judge