Robert S. Weisbein (RW 0080)
Dana C. Rundlöf (DR 1431)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016-1314
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
rweisbein@foley.com
drundlof@foley.com

*Attorneys for Plaintiff*
*Instead Sciences, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INSTEAD SCIENCES, INC., a California corporation,<br><br>                Plaintiff,<br><br>v.<br><br>ReProtect, Inc., Ultrafem, Inc., Dr. Richard Cone, and Dr. Thomas Moench,<br><br>                Defendants. | Civil Action No.: 08 CV 5236 (DC)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for the plaintiff, Instead Sciences, Inc., in the above-captioned action. Please serve copies of all future pleadings, court papers and correspondence to the address listed below:

                Dana C. Rundlöf
                FOLEY & LARDNER LLP
                90 Park Avenue
                New York, New York  10016
                Tel:  (212) 682-7474
                Fax: (212) 687-2329
                Email: drundlof@foley.com

Dated: August 18, 2008

New York, New York

/s/ Dana C. Rundlöf

Dana C. Rundlöf (DR 1431)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York  10016
Tel: (212) 682-7474
Fax: (212) 687-2329
Email: drundlof@foley.com

*Attorneys for Plaintiff*
*Instead Sciences, Inc.*

## CERTIFICATION OF SERVICE

I, Dana C. Rundlöf, an attorney with Foley & Lardner LLP, hereby certify that on this August 18, 2008, I caused the foregoing **Notice of Appearance** to be electronically filed with the United States District Court for the Southern District of New York.

All documents were served electronically to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Dana C. Rundlöf
Dana C. Rundlöf (DR 1431)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 682-7474
Fax: (212) 687-2329