UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

INSTEAD INC., a California Corporation,

          Plaintiff,

v.

ReProtect, Inc., a Delaware corporation, Dr. Richard Cone and Dr. Thomas Moench,

          Defendants.
----------------------------------------X

Civil Action No.: 08 CV 5236 (DC)

RECEIVED AUG 22 2008 U.S.D.C. S.D.N.Y. CASHIERS

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK )

        AVA M. BESSEL, being duly sworn, deposes and says:

        Deponent is not a party to the action, is over 18 years of age and resides at 400 East 50th Street, New York, NY 10022.

        That on the 22nd day of August, 2008, deponent caused to be served a copy of the **Amended Complaint** upon all counsel of record at their last address as follows via hand delivery:

Eric J. Lobenfeld and Dillon Kim
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

NYC_284384.1

the attorneys authorized to accept service on behalf of the defendants..

_____
AVA M. BESSEL

Sworn to before me this
22nd day of August, 2008

_____
Notary Public

> LAUREL SANDLER
> Notary Public, State of New York
> No. 4768358
> Qualified in Nassau County
> Certificate Filed in Nassau County
> Commission Expires Sept. 30, 20___